UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERRY TURPIN and WANDA TURPIN, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:12-cv-01694-GMN-PAL |
| vs. ) | |
| ) | **ORDER** |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

On September 19, 2013, the Court dismissed Plaintiff's claims and gave leave to amend by October 11, 2013, warning that failure to do so may result in dismissal with prejudice. (Order, ECF No. 24.) That deadline has now elapsed, and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**.

**DATED** this 5th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge