UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERRY TURPIN and WANDA TURPIN, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> BANK OF AMERICA, N.A., ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:12-cv-01694-GMN-PAL <br><br> **ORDER** |

On September 19, 2013, the Court dismissed Plaintiff's Complaint but denied Defendant's Request to Cancel Lis Pendens because Plaintiffs were given leave to amend by October 11, 2013. (Order, ECF No. 24.) Plaintiffs failed to amend their pleading within the deadline, and the Court dismissed Plaintiffs' claims with prejudice on November 5, 2013. (Order, ECF No. 26.) Therefore, it is now appropriate for the Court to **Grant** Defendant's Request to Cancel Lis Pendens.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Renewed Motion to Cancel Lis Pendens (ECF No. 25) is **GRANTED.**

**DATED** this 5th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge